UNITED STATES of America

v.

Regis Gary TORNABENE.

Crim. A. No. 13610.

United States District Court
W. D. Pennsylvania.

Aug. 13, 1954.

W. Wendell Stanton, Asst. U. S. Atty., Pittsburgh, Pa., for plaintiff.

Arthur H. Thompson, Pittsburgh, Pa., for defendant.

MURPHY, District Judge.

Defendant found guilty by verdict of a jury on nine counts of wilful misapplication, 18 U.S.C.A. § 656, Id. § 2 (Counts 1 to 9 respective, $375, $288.55, $250, $397.50, $233.50, $141.36, $50.50, $85.50, $200, a total of $2021.91), and on one count of making false entries, 18 U. S.C.A. § 1005, Id. § 2 (balance $313.46, cf. overdraft $1708.44), moves in arrest of judgment.

For the reasons set forth in an opinion handed down this date in the case of United States of America v. Caplan, D.C., 123 F.Supp. 862, the motion being without merit will be denied.